**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CEED PROPERTIES LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-5581767** |

4. **Debtor's address**

   **Principal place of business**

   **3429 Covington HWY**
   **Suite C**
   **Decatur, GA 30032**
   Number, Street, City, State & ZIP Code

   **DeKalb**
   County

   **Mailing address, if different from principal place of business**

   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

Debtor  **CEED PROPERTIES LLC**_____  Case number (*if known*)_____
         Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
     - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | | Relationship | |
    |---|---|---|---|
    | District | When | Case number, if known | |

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 2

Debtor **CEED PROPERTIES LLC** _____ Case number (_if known_)_____
       Name

---

**11. Why is the case filed in _this district?_**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **CEED PROPERTIES LLC** _____ Case number (*if known*) _____
     Name

|   | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 3, 2019**
              MM / DD / YYYY

**X /s/ Harold C. Johnson, Jr.**          **Harold C. Johnson, Jr.**
Signature of authorized representative of debtor        Printed name

Title   **Manager**

---

**18. Signature of attorney**

**X /s/ David A. Geiger**          Date **September 3, 2019**
Signature of attorney for debtor        MM / DD / YYYY

**David A. Geiger**
Printed name

**Geiger Law, LLC**
Firm name

**1275 Peachtree Street, NE**
**Suite 525**
**Atlanta, GA 30309**
Number, Street, City, State & ZIP Code

Contact phone  **404-815-0040**       Email address  **david@geigerlawllc.com**

**288898 GA**
Bar number and State

UNANIMOUS CONSENT RESOLUTION OF MEMBERS

The undersigned, being the manager and sole member of CEED PROPERTIES, LLC, a Georgia limited liability company (the "Company"), does hereby expressly waive and relinquish the right to receive, prior to executing this consent, any material required to be furnished in a notice to members and does further give his written consent (a) to the dispensation of a notice of a meeting of the members of the Company; and (b) to the taking of the following actions, which actions could have been taken by him had said meeting been held:

"NOW, THEREFORE, BE IT RESOLVED: That the manager of this Company be, and he hereby is, authorized on behalf of the Company to prepare, execute and file the Company's Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "Chapter 11 Case") and all of the necessary papers in connection therewith, in the United States Bankruptcy Court for the Northern District of Georgia, and further to such end, to do any other acts, executes all necessary documents and takes any other steps in the name of and on behalf of the Company, necessary or appropriate to obtaining such relief, including the presentation of a Plan of Reorganization; and

BE IT FURTHER RESOLVED, that the Company shall retain the services of professionals to assist the Company in preparing and filing the Chapter 11 Case, and to represent and assist the Company in carrying out its duties in the Chapter 11 Case and the manager is hereby authorized and directed to take appropriate actions to retain said professionals and to execute appropriate retention agreements and pay appropriate retainers prior to the filing of the Chapter 11 Case, and immediately upon the filing of the Chapter 11 Case, to file, or cause to be filed, an appropriate application or applications with the Bankruptcy Court for authority to retain the services of professionals for said purpose. The said professionals currently consist of the following named firm, believed to be properly qualified to act as professional in said case: Geiger Law, LLC of Atlanta, Georgia. In connection therewith, the said professional is to be compensated for their services and expenses on the bases of prior agreements and/or their usual and customary fees and expenses including retainers, subject to approval of the Bankruptcy Court; and

BE IT FURTHER RESOLVED, that the manager is hereby authorized, upon consultation with such persons (including professionals), as the manager may deem appropriate and proper, to file or cause to be filed, applications for authority to retain the services of other professionals for specified purposes, including litigation and to compensate them at the rate of their usual fees and expenses, including retainers, subject to the approval of the Bankruptcy Court; and

BE IT FURTHER RESOLVED, that in connection with the foregoing, the manager is hereby authorized and directed to execute and cause to be filed in the Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code, and any and all other documents which the manager deems appropriate."

Dated this 3rd day of September, 2019

    /s/ Harold C. Johnson, Jr.
Harold C. Johnson, Jr., Manager and Sole Member

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CEED PROPERTIES LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September  3, 2019**      X **/s/ Harold C. Johnson, Jr.**
Signature of individual signing on behalf of debtor

**Harold C. Johnson, Jr.**
Printed name

**Manager**
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CEED PROPERTIES LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DeKalb County Tax Commissioner PO Box 100004 Decatur, GA 30031-7004** | | **Real Property Taxes** | | | | $27,327.61 |
| **Georgia Power 96 Annex Attn: Bankruptcy Atlanta, GA 30396-0001** | | **electric service** | | | | $1,247.07 |
| **Meade Doors** | | **Claimed reutrn of security deposit** | **Disputed** | | | $7,000.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

# United States Bankruptcy Court
## Northern District of Georgia

In re  **CEED PROPERTIES LLC**                                                               Case No.
Debtor(s)                                                                                    Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Harold C. Johnson, Jr.** | | **100%** | **Membership Interests** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September  3, 2019**                                      Signature  **/s/ Harold C. Johnson, Jr.**
**Harold C. Johnson, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re: **CEED PROPERTIES LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 3, 2019**

**/s/ Harold C. Johnson, Jr.**
**Harold C. Johnson, Jr.**/**Manager**
Signer/Title

```
Bank OZK
c/o Mark Melnikoff
6639 Hwy. 53 East
Dawsonville, GA 30534

Barbara Johnson
29 Dartmouth Avenue
Avondale Estates, GA 30002

DeKalb County Tax Commissioner
PO Box 100004
Decatur, GA 30031-7004

Family Dollar Stores of Georgia, Inc.
Lease Administration Deptartment
PO Box 1017
Charlotte, NC 28201-1017

Georgia Power
96 Annex
Attn: Bankruptcy
Atlanta, GA 30396-0001

Godfather Customs
3429 Covington HWY
Suite B
Decatur, GA 30032

Meade Doors


Ron Bingham
Adams and Reese LLP
3424 Peachtree Road NE
Atlanta, GA 30326

Strada Wheels Inc.
560 S Magnolia Ave
Ontario, CA 91762
```

# United States Bankruptcy Court
## Northern District of Georgia

In re  **CEED PROPERTIES LLC**                                                                 Case No.
                                    Debtor(s)                                                  Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CEED PROPERTIES LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 3, 2019**                              /s/ David A. Geiger
Date                                               **David A. Geiger**
                                                   Signature of Attorney or Litigant
                                                   Counsel for  **CEED PROPERTIES LLC**
                                                   **Geiger Law, LLC**
                                                   **1275 Peachtree Street, NE**
                                                   **Suite 525**
                                                   **Atlanta, GA 30309**
                                                   **404-815-0040 Fax:404-549-4312**
                                                   **david@geigerlawllc.com**